UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 07-01424-CJC(MLGx)            Date: August 26, 2009

Title: <u>UNITED STATES OF AMERICA V. MITCHEL DEGRAFF ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION AND VACATING HEARING ON AUGUST 31, 2009**

      The Court having been advised that the above-entitled action has been settled, it is therefore ordered that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated. The hearing set for August 31, 2009 at 1:30 p.m. is hereby vacated and off calendar.

law

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk MU